**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Elizabeth Miller             CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 22-11747 MDC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

     Kindly enter my appearance on behalf of M&T Bank and index same on the master mailing list.

                              Respectfully submitted,

                           /s/ *Rebecca Solarz*
                           Rebecca Solarz
                           21 Jul 2022, 15:39:47, EDT

                           KML Law Group, P.C.
                           701 Market Street, Suite 5000
                           Philadelphia, PA 19106-1532
                           (215) 627-1322