Certificate Number: 03088-PAE-DE-036745329

Bankruptcy Case Number: 22-11747


03088-PAE-DE-036745329

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 9, 2022, at 11:09 o'clock AM CDT, Elizabeth M Miller completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: August 9, 2022     By: /s/Doug Tonne

Name: Doug Tonne

Title: Counselor