**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Elizabeth Miller** |
| | First Name            Middle Name            Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name            Middle Name            Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF PENNSYLVANIA |
| Case number (if known) | **22-11747-MDC** |

■ Check if this is an amended filing

## Official Form 106D

## Schedule D: Creditors Who Have Claims Secured by Property                12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).**

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:   List All Secured Claims**

| 2. List all secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.  If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name. | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** | Column C **Unsecured portion** If any |
|---|---|---|---|
| **2.1 American Credit Acceptance** _Creditor's Name_ <br><br> Describe the property that secures the claim: <br> **2017 Dodge Journey 78000 miles** | **$6,814.51** | **$11,518.00** | **Unknown** |

_Number, Street, City, State & Zip Code_

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

■ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

| Date debt was incurred _____ | Last 4 digits of account number   **No71** _____ |
|---|---|

| Debtor 1 | **Elizabeth Miller** | | | Case number (if known) | **22-11747-MDC** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

| 2.2 | **Arrons, LLC** | **Describe the property that secures the claim:** | **$790.00** | **$600.00** | **$190.00** |
|---|---|---|---|---|---|

Creditor's Name

**Washer and dryer**

_____
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____     Last 4 digits of account number     o141

---

| 2.3 | **Arrons, LLC** | **Describe the property that secures the claim:** | **$1,156.16** | **$1,200.00** | **$0.00** |
|---|---|---|---|---|---|

Creditor's Name

**Four televisions, computer**

_____
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____     Last 4 digits of account number     o151

---

| 2.4 | **HUD** | **Describe the property that secures the claim:** | **$19,023.40** | **$192,780.00** | **$7,072.48** |
|---|---|---|---|---|---|

Creditor's Name

**4631 Melrose St Philadelphia, PA 19137  Philadelphia County FMV $214,200 minus 10% cost of sale ($21,420) = $192,780**

**100 East Penn Square Philadelphia, PA 19107**
_____
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____     Last 4 digits of account number     im31

---

Official Form 106D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 2 of 5

3/21/23 2:38PM

Debtor 1  **Elizabeth Miller**
　　　　　First Name　　　　Middle Name　　　　Last Name

Case number (if known)　　**22-11747-MDC**

---

| 2.5 | **M & T Bank** | | | | **$167,705.70** | **$192,780.00** | **$0.00** |
|---|---|---|---|---|---|---|---|

Creditor's Name

**Describe the property that secures the claim:**

> **4631 Melrose St Philadelphia, PA 19137  Philadelphia County FMV $214,200 minus 10% cost of sale ($21,420) = $192,780**

**Attn: Bankruptcy**
**Po Box 844**
**Buffalo, NY 14240**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

**Nature of lien.** Check all that apply.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)　　**Mortgage**

Date debt was incurred　**Opened 08/14  Last Active 05/19**

Last 4 digits of account number　**o101**

---

| 2.6 | **Pennsylvania Department of Revenue** | | | | **$105.42** | **$192,780.00** | **$0.00** |
|---|---|---|---|---|---|---|---|

Creditor's Name

**Describe the property that secures the claim:**

> **4631 Melrose St Philadelphia, PA 19137  Philadelphia County FMV $214,200 minus 10% cost of sale ($21,420) = $192,780**

**Bankruptcy Division**
**P.O. Box 280946**
**Harrisburg, PA 17128-0946**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

**Nature of lien.** Check all that apply.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Date debt was incurred

Last 4 digits of account number　**No11**

---

3/21/23 2:38PM

| Debtor 1 | **Elizabeth Miller** | | Case number (if known) | **22-11747-MDC** |
| --- | --- | --- | --- | --- |
| | First Name    Middle Name    Last Name | | | |

---

**2.7** **Philadelphia Gas Works**

Creditor's Name

**800 W. Montgomery Avenue**
**Philadelphia, PA 19122**

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Date debt was incurred** _____

**Describe the property that secures the claim:**                    **$9,999.51**          **$192,780.00**          **$5,272.75**

> **4631 Melrose St Philadelphia, PA 19137  Philadelphia County FMV $214,200 minus 10% cost of sale ($21,420) = $192,780**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Last 4 digits of account number**    **o131**

---

**2.8** **Santander Consumer USA, LLC**

Creditor's Name

_____

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Date debt was incurred** _____

**Describe the property that secures the claim:**                    **$11,890.76**          **$0.00**          **$6,165.76**

> **2006 Nissan Pathfinder**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Last 4 digits of account number**    **No17**

---

**2.9** **Water Revenue Bureau**

Creditor's Name

**Water Revenue Bureau Law Department**
**1401 John. F Kennedy BLVD., 5th Floor**
**Philadelphia, PA 19102**

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Date debt was incurred** _____

**Describe the property that secures the claim:**                    **$3,018.45**          **$192,780.00**          **$0.00**

> **4631 Melrose St Philadelphia, PA 19137  Philadelphia County FMV $214,200 minus 10% cost of sale ($21,420) = $192,780**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Last 4 digits of account number**    **o191**

---

Official Form 106D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 4 of 5

3/21/23  2:38PM

| Debtor 1 | **Elizabeth Miller** | | | Case number (if known) | **22-11747-MDC** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| | |
|---|---|
| **Add the dollar value of your entries in Column A on this page. Write that number here:** | $220,503.91 |
| **If this is the last page of your form, add the dollar value totals from all pages. Write that number here:** | $220,503.91 |

**Part 2:**   **List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.