United States Bankruptcy Court
Eastern District of Pennsylvania

In re:     Case No. 22-11747-mdc
Elizabeth Miller     Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3
Date Rcvd: Apr 27, 2023     Form ID: 155     Total Noticed: 31

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 29, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Elizabeth Miller, 4631 Melrose St, Philadelphia, PA 19137-1108 |
| 14714272 | + | Philadelphia Gas Works, 800 W Montgomery Avenue 19122-2898, Phila Pa,19122 Attn: Bankruptcy Dept 3F |
| 14703958 | + | U.S. Department of Housing and Urban Development, 100 Penn Square East 11th Floor, Philadelphia, PA 19107-3325 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14716291 | + | Email/Text: bankruptcynotices@aarons.com | Apr 27 2023 23:40:00 | Aarons, LLC, Attn: Bankruptcy Department, 400 Galleria Parkway, SE, Suite 300, Atlanta, Georgia 30339-3182 |
| 14703393 | + | Email/Text: bankruptcy@rentacenter.com | Apr 27 2023 23:40:00 | AcceptanceNOW, Attn: Bankruptcy, 5501 Headquarters Drive, Plano, TX 75024-6191 |
| 14706207 | + | Email/Text: bankruptcy@acacceptance.com | Apr 27 2023 23:40:00 | American Credit Acceptance, 961 East Main Street, Spartanburg, Spartanburg, SC 29302-2185 |
| 14704488 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 27 2023 23:50:27 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14726016 | | Email/Text: megan.harper@phila.gov | Apr 27 2023 23:40:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14703395 | + | Email/Text: megan.harper@phila.gov | Apr 27 2023 23:40:00 | City of Philadelphia, Water Revenue Bureau, Law Department, 1401 John. F Kennedy BLVD., 5th Floor, Philadelphia, PA 19102-1663 |
| 14703396 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 27 2023 23:50:22 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14703776 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 27 2023 23:50:27 | Directv, LLC, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14703397 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Apr 27 2023 23:50:27 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 14703398 | + | Email/Text: Bankruptcy@ICSystem.com | Apr 27 2023 23:40:00 | IC Systems, Inc, Attn: Bankruptcy, Po Box 64378, St. Paul, MN 55164-0378 |
| 14704491 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 27 2023 23:50:27 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14703399 | | Email/Text: camanagement@mtb.com | Apr 27 2023 23:40:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 14710590 | | Email/Text: camanagement@mtb.com | Apr 27 2023 23:40:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |

Case 22-11747-mdc  Doc 52  Filed 04/29/23  Entered 04/30/23 00:29:05  Desc Imaged
Certificate of Notice  Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 27, 2023 | Form ID: 155 | Total Noticed: 31 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14707478 | ^ | MEBN | Apr 27 2023 23:39:32 | M&T Bank, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14721607 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Apr 27 2023 23:40:00 | New Jersey Turnpike Authority, 1 Turnpike Plaza, P.O. Box 5042, Woodbridge, NJ 07095 |
| 14703725 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 27 2023 23:40:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 14710457 | + | Email/Text: bankruptcygroup@peco-energy.com | Apr 27 2023 23:40:00 | PECO, 2301 Market Street, 04 NW, Philadelphia, PA 19103-1380 |
| 14703400 | + | Email/Text: bankruptcygroup@peco-energy.com | Apr 27 2023 23:40:00 | PECO, Attn: Bankruptcy, 2301 Market Street, Philadelphia, PA 19103-1380 |
| 14703403 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 27 2023 23:50:33 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 14714272 | ^ | MEBN | Apr 27 2023 23:39:35 | Philadelphia Gas Works, 800 W Montgomery Avenue 19122-2898, Phila Pa,19122 Attn: Bankruptcy Dept 3F |
| 14703401 | + | Email/Text: bankruptcy1@pffcu.org | Apr 27 2023 23:40:00 | Police And Fire Fcu, 901 Arch Street, Philadelphia, PA 19107-2495 |
| 14714107 | + | Email/Text: bankruptcy1@pffcu.org | Apr 27 2023 23:40:00 | Police and Fire Federal Credit Union, One Greenwood Square, 3333 Street Road, Bensalem, PA 19020-2022 |
| 14710310 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 27 2023 23:40:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 14703404 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 27 2023 23:50:21 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 14718926 | + | Email/Text: enotifications@santanderconsumerusa.com | Apr 27 2023 23:40:00 | SANTANDER CONSUMER USA, P.O. Box 560284, Dallas, TX 75356-0284 |
| 14718927 | + | Email/Text: enotifications@santanderconsumerusa.com | Apr 27 2023 23:40:00 | SANTANDER CONSUMER USA INC., P.O. BOX 961245, FORT WORTH, TX 76161-0244 |
| 14703405 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 27 2023 23:50:27 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 14726114 | | Email/Text: EDBKNotices@ecmc.org | Apr 27 2023 23:40:00 | US Department of Education, PO Box 16448, St. Paul, MN 55116-0448 |
| 14716345 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 27 2023 23:50:27 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 29

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14703394 | | American Credit Acceptance |
| 14703402 | *+ | Police And Fire Fcu, 901 Arch Street, Philadelphia, PA 19107-2495 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Apr 27, 2023 | Form ID: 155 | Total Noticed: 31 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 29, 2023           Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 27, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRAD J. SADEK | on behalf of Debtor Elizabeth Miller brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor M&T BANK bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor M&T BANK mfarrington@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Elizabeth Miller
      Debtor(s)                                      Chapter: 13

                                                           Bankruptcy No: 22−11747−mdc

_____

***ORDER CONFIRMING PLAN UNDER CHAPTER 13***

    AND NOW, this April 27, 2023 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                                              Magdeline D. Coleman
                                                              Chief Judge ,
                                                              United States Bankruptcy Court

                                                                                                   49 − 8, 43
                                                                                                   Form 155