# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Elizabeth Miller <u>Debtor(s)</u> | Chapter 13 |
| M&T Bank <u>Moving Party</u> vs. | NO. 22-11747 MDC |
| Elizabeth Miller <u>Debtor(s)</u> | |
| and Kenneth E. West <u>Trustee</u> | 11 U.S.C. Section 362 |

## **CERTIFICATION OF DEFAULT**

I, Mark A. Cronin, Esquire, attorney for Moving Party, certify that Debtor(s) have defaulted upon the terms of the Stipulation. It is further certified that the attached notice dated June 28, 2023, was served upon the Debtor(s) and Debtor's Attorney on said date. Subsequent to said notice, the Debtor(s) have failed to cure the default. Accordingly, the Court shall enter the attached Order granting the Moving Party relief from the automatic stay.

July 21, 2023

/s/ Mark A. Cronin
Mark A. Cronin, Esq.
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
Phone: (215) 627-1322
mcronin@kmllawgroup.com