**KML LAW GROUP, P.C.**
**THE BNY INDEPENDENCE CENTER**
**701 MARKET STREET SUITE– 5000**
**PHILADELPHIA, PA 19106**
[www.kmllawgroup.com](www.kmllawgroup.com)

June 28, 2023

Brad J Sadek
Sadek and Cooper
1500 JFK Boulevard, Ste 220
Philadelphia, PA 19102

RE:    **NOTICE OF DEFAULT UNDER COURT-APPROVED STIPULATION**
M&T Bank vs. Elizabeth Miller
Case No. 22-11747 MDC
Last 4 Digits of Loan No. 4164

Dear Sir or Madam:

Please be advised that your client is in default under the terms of the Stipulation that was approved by the Bankruptcy Court. Under the terms of the Stipulation, your client must cure the default within fifteen (15) days of this Notice.

- Regular mortgage payments for the months of May 2023 through June 2023, in the amount of $1,230.42 per month;

**The total due is $2,460.84 and must be received on or before July 13, 2023.**

- The monthly payment for July 2023, is/will be due on the 1st day of the month and is not included in the figure listed above.

**NOTICE TO BORROWER:** Please call **your attorney** with any questions. We are **not permitted** under the Rules of Professional Responsibility to speak with you directly.

If you have proof that payments were made, fax that proof to our office at **215-825-6406**. If payment is not made, we will file a Certification with the Court and request relief from the Bankruptcy stay.

KML Law Group, P.C.
/s/ Michael P. Farrington
Michael P. Farrington, Esquire
KML Law Group P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322

cc:    Elizabeth Miller