**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | : | |
|---|---|---|
| | : | Chapter 13 |
| ELIZABETH MILLER | : | |
| | : | Case No. 22-11747-MDC |
| Debtors. | : | |

## DEBTOR'S OBJECTION TO CERTIFICATION OF DEFAULT

ELIZABETH MILLER (the "Debtor"), by and through their undersigned counsel, hereby object to the Certification of Default (the "Certification") filed by M&T Bank (the "Movant"). The Debtor denies the facts alleged in the Certification, and further, deny that the Debtor has defaulted in their post-petition obligations to the Movant. To the extent that the Debtor has defaulted, the Debtor intends to cure such default on or before the date of the hearing on the Certification.

Dated: July 26, 2023

/s/ Brad J. Sadek
Brad J. Sadek, Esquire
Sadek Law Offices
Two Penn Center
1500 JFK Boulevard, Suite 220
Philadelphia, Pennsylvania 19102
(215) 545-0008
brad@sadeklaw.com

*Counsel to the Debtor*