*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Elizabeth Miller
    Debtor(s)

Case No: 22–11747–mdc
Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

Objection to Certification of Default filed by Creditor M&T BANK Filed by Elizabeth Miller (related document(s)53).

    on: 8/22/23

    at: 10:30 AM

    in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 7/27/23

Timothy B. McGrath
Clerk of Court