**IN THE UNITED STATES BANKRUPTCY COURT**
**OF THE EASTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | : | |
| --- | --- | --- |
| Elizabeth Miller | : | Chapter 13 |
| | : | Case No.: 22-11747-MDC |
| Debtor(s) | : | |

## CERTIFICATE OF NO RESPONSE

I hereby certify that no answer, objection, or other responsive pleading has been filed in response to Debtor'(s) *Motion to Modify Plan* and respectfully request that the Order attached to the Motion be entered.

Dated: January 4, 2024        /s/ Brad J. Sadek, Esquire
                              Brad J. Sadek, Esquire
                              Sadek and Cooper Law Offices, LLC
                              1500 JFK Boulevard, Suite #220
                              Philadelphia, Pa 19102
                              brad@sadeklaw.com
                              215-545-0008