# IN THE UNITED STATES BANKRUPTCY COURT
# OF THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
| --- | --- | --- |
| Elizabeth Miller | : | Chapter 13 |
| | : | Case No.: 22-11747-MDC |
| Debtor(s) | : | |

## CERTIFICATE OF NO RESPONSE

    I hereby certify that no answer, objection or other responsive pleading has been filed in response to the Application for Compensation and respectfully request that the Order attached to the Application be approved.

Dated: January 14, 2024

/s/ Brad J. Sadek, Esquire
Brad J. Sadek, Esquire
Sadek Law Offices
1500 JFK Boulevard, Suite 220
Philadelphia, Pa 19102
215-545-0008