### IN THE UNITED STATES BANKRUPTCY COURT
### OF THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| Elizabeth Miller | : | |
| | : | Case No.: 22-11747-mdc |
| Debtor(s) | : | |

### **CERTIFICATE OF NO RESPONSE**

I hereby certify that no answer, objection, or other responsive pleading has been filed in response to Debtor'(s) *Motion to Modify Plan and* respectfully request that the Order attached to the Motion be entered.

Dated: February 28, 2024         /s/ Brad J. Sadek, Esquire
                                 Brad J. Sadek, Esquire
                                 Sadek Law Offices, LLC
                                 1500 JFK Boulevard, Suite #220
                                 Philadelphia, Pa 19102
                                 brad@sadeklaw.com
                                 215-545-0008