IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
| --- | --- | --- |
| Elizabeth Miller | : | Chapter 13 |
| | : | Case No.: 22-11747-MDC |
| Debtor | : | |

**O R D E R**

AND NOW, upon consideration of the Motion to Modify Plan after Confirmation, and after notice and an opportunity to be heard, it is hereby:

ORDERED and DECREED that the Motion is granted and the Chapter 13 Plan may be modified.

BY THE COURT:

Dated: February 29, 2024

HONORABLE MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE