**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: | : Bankruptcy No. 22-11747-MDC |
|     Elizabeth Miller | : Chapter 13 |
|                     Debtor | : |
| | : |
| American Credit Acceptance | : |
|                     Movant | : |
|     vs. | : |
| Elizabeth Miller | : |
|                     Debtor/Respondent | : |
|     and | : |
| Kenneth E. West, Esquire | : |
|                     Trustee/Respondent | : |

**CERTIFICATION OF NO ANSWER OR RESPONSE**
**TO MOTION FOR RELIEF FROM AUTOMATIC STAY**

    I, Danielle Boyle-Ebersole, counsel for American Credit Acceptance ("Movant"), hereby certify that no answer, objection, or other response to the Motion for Relief from Automatic Stay of all proceedings, as provided under 11 U.S.C. § 362 of the Bankruptcy Code, has been filed with the Court or served upon undersigned counsel.

    WHEREFORE, Movant prays this Honorable Court grants the Motion.

                                                                 Respectfully Submitted,

Date:  03/01/2024                                   <u>/s/Danielle Boyle-Ebersole</u>
                                                                   Danielle Boyle-Ebersole, Esquire
                                                                   Attorney I.D. # 81747
                                                                   Hladik, Onorato & Federman, LLP
                                                                   298 Wissahickon Avenue
                                                                   North Wales, PA 19454
                                                                   Phone 215-855-9521/Fax 215-855-9121
                                                                   dboyle-ebersole@hoflawgroup.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: | : Bankruptcy No. 22-11747-MDC |
|     Elizabeth Miller | : Chapter 13 |
|         Debtor | : |
| | : |
| American Credit Acceptance | : |
|         Movant | : |
|    vs. | : |
| Elizabeth Miller | : |
|         Debtor/Respondent | : |
|    and | : |
| Kenneth E. West, Esquire | : |
|         Trustee/Respondent | : |

**CERTIFICATE OF SERVICE OF**
**CERTIFICATION OF NO ANSWER OR RESPONSE**

    I, Danielle Boyle-Ebersole, certify under penalty of perjury that I served the above captioned pleading, Certification of No Answer of Response to Motion Relief, on the parties at the addresses shown on the date set forth below. The types of service made on the parties were: Electronic Notification and/ or First Class Mail, as noted below:

Brad J. Sadek, Esquire
Via ECF
*Attorney for Debtor*

Kenneth E. West, Esquire
VIA ECF
*Trustee*

Elizabeth Miller
4631 Melrose Street
Philadelphia, PA 19137
Via First Class Mail
*Debtor*

Respectfully Submitted,

Date:  03/01/2024

/s/Danielle Boyle-Ebersole
Danielle Boyle-Ebersole, Esquire
Attorney I.D. # 81747
Hladik, Onorato & Federman, LLP
298 Wissahickon Avenue
North Wales, PA 19454
Phone 215-855-9521/Fax 215-855-9121
dboyle-ebersole@hoflawgroup.com