IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Bankruptcy No. 22-11747-MDC |
|     Elizabeth Miller | : Chapter 13 |
|                 Debtor | : |
| | : |
| American Credit Acceptance | : |
|                 Movant | : |
|     vs. | : |
| Elizabeth Miller | : |
|                 Debtor/Respondent | : |
|     and | : |
| Kenneth E. West, Esquire | : |
|                 Trustee/Respondent | : |

## ORDER

AND NOW, this  6th  day of  March , 2024, upon the Motion of Movant, American Credit Acceptance, it is hereby:

ORDERED THAT: the Motion is granted, and the Automatic Stay of all proceedings, as provided under 11 U.S.C. § 362, of the Bankruptcy Code is modified and lifted with respect to the Vehicle, more commonly known as a 2017 Dodge Journey, VIN# 3C4PDCBG4HT589650, to allow Movant or its successors, if any, to exercise its rights under its loan documents.

_____
Honorable Magdeline D. Coleman
Chief U.S. Bankruptcy Judge