**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Elizabeth Miller <u>Debtor(s)</u><br><br>M&T Bank <u>Moving Party</u><br>vs.<br><br>Elizabeth Miller <u>Debtor(s)</u><br><br>and Kenneth E. West <u>Trustee</u> | Chapter 13<br><br>NO. 22-11747 PMM<br><br>11 U.S.C. Section 362 |

**CERTIFICATION OF DEFAULT**

I, Michael P. Farrington, Esquire, attorney for Moving Party, certify that Debtor(s) have defaulted upon the terms of the Stipulation. It is further certified that the attached notice dated March 26, 2024, was served upon the Debtor(s) and Debtor's Attorney on said date. Subsequent to said notice, the Debtor(s) have failed to cure the default. Accordingly, the Court shall enter the attached Order granting the Moving Party relief from the automatic stay.

April 25, 2024

/s/ Michael P. Farrington
Michael P. Farrington, Esq.
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
Phone: (215) 627-1322
mfarrington@kmllawgroup.com