**KML LAW GROUP, P.C.**
**THE BNY INDEPENDENCE CENTER**
**701 MARKET STREET, SUITE 5000**
**PHILADELPHIA, PA 19106**
www.kmllawgroup.com

March 26, 2024

Brad J. Sadek
Sadek Law Offices, LLC
1500 JFK Boulevard, Ste 220
Philadelphia, PA 19102

RE:    **NOTICE OF DEFAULT UNDER COURT-APPROVED STIPULATION**
       M&T Bank vs. Elizabeth Miller
       Case No. 22-11747 MDC
       Last 4 Digits of Loan No. 4164

Dear Sir or Madam:

Please be advised that your client is in default under the terms of the Stipulation that was approved by the Bankruptcy Court. Under the terms of the Stipulation, your client must cure the default within fifteen (15) days of this Notice.

- Regular mortgage payments for the months of February 2024 through March 2024, in the amount of $1,190.57 per month;

**The total due is $2,381.14 and must be received on or before April 10, 2024.**

- The monthly payment for April 2024, is/will be due on the 1st day of the month and is not included in the figure listed above.

**NOTICE TO BORROWER:** Please call **your attorney** with any questions. We are **not permitted** under the Rules of Professional Responsibility to speak with you directly.

If you have proof that payments were made, fax that proof to our office at **215-825-6406**. If payment is not made, we will file a Certification with the Court and request relief from the Bankruptcy stay.

                                        KML Law Group, P.C.
                                        /s/ Michael P. Farrington
                                        Michael P. Farrington, Esquire
                                        KML Law Group P.C.
                                        BNY Mellon Independence Center
                                        701 Market Street, Suite 5000
                                        Philadelphia, PA 19106
                                        (215) 825-6488

cc:    Elizabeth Miller