United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Case No. 22-11747-pmm
Elizabeth Miller Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 User: admin Page 1 of 3
Date Rcvd: Jun 06, 2024 Form ID: pdf900 Total Noticed: 33

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 08, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Elizabeth Miller, 4631 Melrose St, Philadelphia, PA 19137-1108 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jun 07 2024 00:00:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 07 2024 00:00:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14716291 | + | Email/Text: bankruptcynotices@aarons.com | Jun 07 2024 00:00:00 | Aarons, LLC, Attn: Bankruptcy Department, 400 Galleria Parkway, SE, Suite 300, Atlanta, Georgia 30339-3182 |
| 14703393 | + | Email/Text: bankruptcy@rentacenter.com | Jun 07 2024 00:00:00 | AcceptanceNOW, Attn: Bankruptcy, 5501 Headquarters Drive, Plano, TX 75024-5837 |
| 14706207 | + | Email/Text: bankruptcy@acacceptance.com | Jun 07 2024 00:00:00 | American Credit Acceptance, 961 East Main Street, Spartanburg, Spartanburg, SC 29302-2149 |
| 14704488 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 07 2024 00:08:50 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14726016 | | Email/Text: megan.harper@phila.gov | Jun 07 2024 00:00:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14703395 | + | Email/Text: megan.harper@phila.gov | Jun 07 2024 00:00:00 | City of Philadelphia, Water Revenue Bureau, Law Department, 1401 John. F Kennedy BLVD., 5th Floor, Philadelphia, PA 19102-1663 |
| 14703396 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 07 2024 00:08:45 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14703776 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 07 2024 00:09:16 | Directv, LLC, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14703397 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Jun 07 2024 00:08:31 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 14703398 | + | Email/Text: Bankruptcy@ICSystem.com | Jun 07 2024 00:00:00 | IC Systems, Inc, Attn: Bankruptcy, Po Box 64378, St. Paul, MN 55164-0378 |
| 14704491 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 07 2024 00:08:28 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14703399 | | Email/Text: camanagement@mtb.com | | |

Case 22-11747-pmm    Doc 97    Filed 06/08/24    Entered 06/09/24 00:32:54    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 06, 2024 | Form ID: pdf900 | Total Noticed: 33 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jun 07 2024 00:00:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 14710590 | | Email/Text: camanagement@mtb.com | Jun 07 2024 00:00:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 14707478 | ^ | MEBN | Jun 06 2024 23:58:08 | M&T Bank, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14721607 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Jun 06 2024 23:59:00 | New Jersey Turnpike Authority, 1 Turnpike Plaza, P.O. Box 5042, Woodbridge, NJ 07095 |
| 14703725 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 07 2024 00:00:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 14710457 | + | Email/Text: bankruptcygroup@peco-energy.com | Jun 07 2024 00:00:00 | PECO, 2301 Market Street, 04 NW, Philadelphia, PA 19103-1380 |
| 14703400 | + | Email/Text: bankruptcygroup@peco-energy.com | Jun 07 2024 00:00:00 | PECO, Attn: Bankruptcy, 2301 Market Street, Philadelphia, PA 19103-1380 |
| 14703403 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 07 2024 00:08:28 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 14714272 | ^ | MEBN | Jun 06 2024 23:58:01 | Philadelphia Gas Works, 800 W Montgomery Avenue 19122-2898, Phila Pa,19122 Attn: Bankruptcy Dept 3F |
| 14703401 | + | Email/Text: bankruptcy1@pffcu.org | Jun 07 2024 00:00:00 | Police And Fire Fcu, 901 Arch Street, Philadelphia, PA 19107-2495 |
| 14714107 | + | Email/Text: bankruptcy1@pffcu.org | Jun 07 2024 00:00:00 | Police and Fire Federal Credit Union, One Greenwood Square, 3333 Street Road, Bensalem, PA 19020-2022 |
| 14710310 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 07 2024 00:00:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 14703404 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 07 2024 00:09:07 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 14718926 | + | Email/Text: enotifications@santanderconsumerusa.com | Jun 07 2024 00:00:00 | SANTANDER CONSUMER USA, P.O. Box 560284, Dallas, TX 75356-0284 |
| 14718927 | + | Email/Text: enotifications@santanderconsumerusa.com | Jun 07 2024 00:00:00 | SANTANDER CONSUMER USA INC., P.O. BOX 961245, FORT WORTH, TX 76161-0244 |
| 14703405 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 07 2024 00:24:28 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 14703958 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Jun 07 2024 00:08:46 | U.S. Department of Housing and Urban Development, 100 Penn Square East 11th Floor, Philadelphia, PA 19107 |
| 14726114 | | Email/Text: EDBKNotices@ecmc.org | Jun 06 2024 23:59:00 | US Department of Education, PO Box 16448, St. Paul, MN 55116-0448 |
| 14716345 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 07 2024 00:08:36 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 32

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14703394 | | American Credit Acceptance |
| 14703402 | *+ | Police And Fire Fcu, 901 Arch Street, Philadelphia, PA 19107-2495 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Jun 06, 2024 | Form ID: pdf900 | Total Noticed: 33 |

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 08, 2024              Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 6, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRAD J. SADEK | on behalf of Debtor Elizabeth Miller brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com |
| DANIELLE BOYLE-EBERSOLE | on behalf of Creditor American Credit Acceptance dboyle-ebersole@hoflawgroup.com PABKAttorneyecf@orlans.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| STEPHEN M HLADIK | on behalf of Creditor American Credit Acceptance shladik@hoflawgroup.com ckohn@hoflawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    ELIZABETH MILLER<br><br>    Debtor | Chapter 13<br><br>Bankruptcy No. 22-11747-PMM |

## ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Esq., Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** <u>if</u> the case has been confirmed <u>and</u> the Trustee is holding funds, any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor(s) unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

**Date: June 6, 2024**

_____
Honorable Patricia M. Mayer
Bankruptcy Judge