**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:**     **Elizabeth Miller** <br>                             **Debtor** <br><br> **M&T Bank** <br>                             **Movant** <br>       **vs.** <br><br> **Elizabeth Miller** <br>                             **Debtor** <br><br> **Kenneth E. West, Esq.** <br>                             **Trustee** | **BK NO. 22-11747 MDC** <br><br> **Chapter 13** <br><br> **Related to Claim No. 10-1** |

**CERTIFICATE OF SERVICE**
**NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES, AND CHARGES**

I, Brian C. Nicholas, Esquire, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on October 05, 2022, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor
Elizabeth Miller
4631 Melrose Street
Philadelphia, PA 19137

Attorney for Debtor
Brad J Sadek, Esq.
1500 JFK Boulevard
Ste 220 (VIA ECF)
Philadelphia, PA 19102

Trustee
Kenneth E. West
Office of the Chapter 13 Standing Trustee
(VIA ECF)
1234 Market Street - Suite 1813
Philadelphia, PA 19107

Method of Service:  Electronic means or first-class mail.

Dated: October 05, 2022

                                               **/s/Brian C. Nicholas, Esquire**
                                               Brian C. Nicholas, Esquire
                                               Attorney I.D. 317240
                                               KML Law Group, P.C.
                                               BNY Mellon Independence Center
                                               701 Market Street, Suite 5000
                                               Philadelphia, PA 19106
                                               412-430-3594
                                               bnicholas@kmllawgroup.com