| Fill in this information to identify the **Fill in this information to identify the case:** |
|---|
| Debtor 1    Elizabeth Miller |
| Debtor 2 |
| United States Bankruptcy Court for the EASTERN District of Pennsylvania |
| Case number    22-11747 MDC |

Official Form 410S1

# Notice of Mortgage Payment Change                                      12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** M&T Bank                                **Court claim no**. (if known): 10-1

**Last 4 digits** of any number you use to identify the debtor's account: 4164

**Date of payment change:**
Must be at least 21 days after date of this notice                        12/01/2023

**New total payment:**                        $1190.57
Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**
   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $495.29                New escrow payment: $455.44

### Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**
   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%            New interest rate: _____%

   Current principal and interest payment: $_____    New principal and interest payment: $_____

### Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**
   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)
   Reason for change:_____

   **Current mortgage payment:** $_____        **New mortgage payment:** $_____

Document ID: 36803550805d0173c522311d1d3d1fdcf4c4ff4a6b4cf85db92309240209d2ab

Debtor(s)   <u>Elizabeth</u>    <u>Miller</u>    Case number *(if known)* <u>22-11747 MDC</u>
First Name    Middle Name    Last Name

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Mark A. Cronin                                Date   11/02/2023
Signature
Print: Mark Cronin
02 Nov 2023, 10:03:29, EDT

Title    <u>Attorney for Creditor</u>

Company    <u>KML Law Group, P.C.</u>

Address    <u>701</u>    <u>Market Street, Suite 5000</u>
Number    Street
Philadelphia,                            PA    19106
City                                 State    ZIP Code

Contact phone   (215) 627–1322         Email  <u>bkgroup@kmllawgroup.com</u>

---

Official Form 410S1                **Notice of Mortgage Payment Change**                page 2

Document ID: 36803550805d0173c522311d1d3d1fdcf4c4ff4a6b4cf85db92309240209d2ab